LOCKWOOD, Respondent, v. BELFORD, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Edward M. Lockwood against William J. Belford.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., not voting.

LOEB, Appellant, v. FEDERAL SANITARY CLEANING & REFINING CO., Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Maurice Loeb against the Federal Sanitary Cleaning & Refining Company. E. W. S. Johnston, for appellant. S. D. Levy, for respondent. No opinion. Order affirmed, with costs. Order filed.

LOEWENTHAL v. HAINES. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Julius Loewenthal against Frances W. Haines. No opinion. Motion denied, with $10 costs. Order filed.

LOEWENTHAL, Respondent, v. HAINES, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Julius Loewenthal against Frances W. Haines. A. S. Gilbert, for appellant. W. Loewenthal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONDON REALTY CO. v. RIORDAN. UNTERBERG v. ELDER. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Actions by the London Realty Company against Eliz. Riordan, and by Israel Unterberg against Robert H. Elder. No opinions. Applications granted. Orders signed. See, also, 72 Misc. Rep. 363, 130 N. Y. Supp. 166.

LONG ACRE ELECTRIC CO., Respondent, v. MAGUIRE, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Long Acre Electric Company against Jeremiah D. Maguire. W. D. McNulty, for appellant. A. Benedict, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONG ISLAND GARAGE CO., Respondent, v. HOOPER, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by the Long Island Garage Company against Thomas D. Hooper. No opinion. Judgment and order unanimously affirmed, with costs.

LOOMIS v. EXCELSIOR SAVINGS BANK. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Blanche L. Loomis against the Excelsior Savings Bank. No opinion. Application denied, with $10 costs. Order signed.

LOVE, Respondent, v. LOVE, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Marjorie B. Love against Sidney C. Love. No opinion. Order affirmed, with $10 costs and disbursements.

LUFFMAN, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Ella Luffman, as administratrix, etc., against the Hudson River Telephone Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $8,000, in which case the judgment is so modified, and, as so modified, judgment and order affirmed, without costs. See, also, 127 N. Y. Supp. 1129.

BETTS, J., dissents.

LYON v. MURPHY. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Anne E. Lyon against James T. Murphy. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LYON & HEALY, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Lyon & Healy against the Musical Courier Company. E. E. Wise, for appellant. N. Burkan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LYONS, Respondent, v. SUZANNE, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Daniel J. Lyons against Jacques Suzanne, sued herein as John Suzanne. No opinion. Motion to dismiss appeal granted, with costs.

McAVOY, Appellant, v. McGRATH, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1911.) In the matter of James J. McAvoy against Michael J. McGrath. A. S. Gilbert and A. G. Meyer, for appellant. T. A. McGrath, for respondent. No opinion. Order affirmed. Order filed.

In re McBRIEN. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the application of John McBrien for a peremptory writ of mandamus against Edward S. Ireland and others, as the Board of Supervisors of the County of Suffolk, etc. No opinion. Order affirmed, with $10 costs and disbursements.